**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
General Population DOC No. 424229
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: July 17, 2013**

**Docket Number: 13   00488-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

   **DENIED.**

cc: Michael Harson, Counsel for  the Respondent